IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:06-CV-178 |
| ) | |
| CHARLES R. SHOFF, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Having considered the United States of America's motion for default judgment on Count I of its Complaint, together with the memorandum of law in support thereof, and having further considered defendant's opposition, if any, the Court concludes that the motion should be granted. Accordingly, it is this 10th day of July, 2006, ORDERED AND ADJUDGED as follows:

1. The United States' motion for default judgment is granted.

2. The Clerk is ordered to enter judgment in favor of the United States and against defendant Charles R. Shoff in the amount of $2,447,821.54, plus statutory interest under 26 U.S.C. §7401 accruing on that amount from June 21, 2006 until paid.

3. The Clerk shall distribute conformed copies of this order to the parties listed below.

//

//

1698211.1

The Clerk shall enter judgment in accordance with the above.

						_____
						UNITED STATES DISTRICT JUDGE

COPIES TO:

Brittney N. Campbell
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Mary Beth Buchanan
United States Attorney
Western District of Pennsylvania
700 Grant Street, 4th Floor
Pittsburgh, PA 15219

Charles R. Shoff
602 Brush Hill Road
Irwin, Pennsylvania 15642

1698211.1