IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-178 |
| | ) |
| CHARLES R. SHOFF, | ) |
| Defendant. | ) |

JUDGMENT ORDER

AND NOW, this 22nd day of February, 2007, in accordance with the order of court, dated July 10, 2006, IT IS HEREBY ORDERED that final judgment is entered in favor of plaintiff, United States of America, and against defendant, Charles R. Shoff, in the amount of $2,447,821.54, plus statutory interest under 26 U.S.C. 7401, accruing on this amount from June 21, 2006 until paid.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc:  All Counsel of Record